IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| James W. Long, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )  1:12cv787 (JCC/TCB) |
| | ) |
| Teradata Corporation, et al., | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant Janet Y. Hong's Motion to Dismiss [25] is GRANTED;

(2) Defendants Teradata Corporation, Michael Owellen, and Robert Trenkamp's Motion to Dismiss Amended Complaint [27] is GRANTED;

(3) accordingly, Plaintiff's Amended Complaint [24] is DISMISSED WITH PREJUDICE; and

(4) the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

THIS ORDER IS FINAL.

                                            /s/
December 4, 2012               James C. Cacheris
Alexandria, Virginia    UNITED STATES DISTRICT COURT JUDGE