NOTICE OF APPEAL FROM TRIAL COURT
(Rule 5A:6)

VIRGINIA: IN THE CIRCUIT COURT OF <u>EASTERN DISTRICT</u> OF VIRGINIA
(The style of the case in the Circuit Court shall be used.) ALEXANDRIA DIVISION

NOTICE OF APPEAL

<u>JAMES LONG, PLAINTIFF</u>
(name(s) of party(ies))     (plaintiff, defendant or other
<u>JAMES LONG</u> hereby appeals to the Court of Appeals of
designation in trial court)
Virginia from the <u>CIRCUIT COURT OF THE EASTERN DISTRICT</u>
(final judgment or other appealable order or decree)
of this Court entered on <u>12 - 4 - 12</u>.
(date)

[If applicable] A transcript or statement of facts, testimony, and other incidents of the case will be filed.

CERTIFICATE

The undersigned certifies as follows:   (see attached)
(1) The name(s) and address(es) of appellant(s) are:
(2) The name(s), address(es), and telephone number(s) of counsel for appellant(s) are:
(3) The name(s) and address(es) of appellee(s) are:
(4) The name(s), address(es), and telephone number(s) of counsel for appellee(s) are:
(5) [If applicable] Counsel for appellant has ordered from the court reporter who reported the case the transcript for filing as required by Rule 5A:8(a).
(6) [If applicable] _____, _____
          (name of party)        (appellant)
_____, is not represented by counsel. _____
  (appellee)                              (his)   (her)
address and telephone number are:
(7) [In criminal cases only] counsel for defendant has been _____
_____.
(appointed) (privately retained)
(8) A copy of the Notice of Appeal has been mailed or delivered to all opposing counsel [and/or to unrepresented parties, if applicable] and to the Clerk of the Court of Appeals this <u>3rd</u> day of
<u>JANUARY</u>, 2013.

_____
(Signature of counsel or unrepresented party)

NOTICE OF APPEAL CERTIFICATE INFORMATION ATTACHMENT

(1)   James W. Long, 1660 Lanier Place, N.W., #511, Washington, DC 20009.

(2)   Glenn S. Wainer, 5827 Columbia Pike, #505, Falls Church, VA 22041. Telephone number: 703-931-6067

(3)   Teradata Corporation, 10000 Innovative Drive, Dayton, Ohio 45342; and Robert Trenkamp, Principle, Claraview, a Division of Teradata, 9900 Doubletree Court, Unit A, Potomac, MD 20854; and Michael Owellen, 3130 Fairview Park Drive, Falls Church, VA 22042-4517; and Janet Y. Hong, 8608 Morningside Woods Place, Fairfax, Virginia 22031.

(4)   Deborah P. Kelly, Esq., Charles V. Maehler, III, Esq., with Dickstein Shapiro, LLC, (counsel for Teradata Michael Owellen, Robert Trenkamp) 1825 Eye Street, NW, Washington, DC 20006. Telephone number 202-775-4772; and Stephen H. Horvath, Esq., Bancroft, McGavin, Horvath and Judkins, PC, (counsel for Janet Hong) 3920 University Drive, Fairfax, VA 22030.   Telephone number 703-385-1000.

(5)   As per Rule A:8(a) Transcript is in the process of being ordered.

(6)   N/A

(7)   N/A

(8)   A Copy of the Notice of Appeal from Trial Court with this Notice of Appeal Certificate Information Attachment was mailed to all

1

opposing counsel and filed with the Clerk of the Court of Appeals this **3rd** day of **JANUARY**, 2013.

*/s/ Glenn S. Wainer*

Glenn S. Wainer, Esquire
VSB #32914
5827 Columbia Pike, Suite 505
Falls Church, Virginia 22041
(703) 931- 6067
Counsel for the Plaintiff

2

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

James W. Long,           )
                         )
    Plaintiff,           )
                         )
    v.                   )    1:12cv787 (JCC/TCB)
                         )
Teradata Corporation, et al.,  )
                         )
                         )
    Defendants.          )

### O R D E R

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant Janet Y. Hong's Motion to Dismiss [25] is GRANTED;

(2) Defendants Teradata Corporation, Michael Owellen, and Robert Trenkamp's Motion to Dismiss Amended Complaint [27] is GRANTED;

(3) accordingly, Plaintiff's Amended Complaint [24] is DISMISSED WITH PREJUDICE; and

(4) the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

THIS ORDER IS FINAL.

                                    /s/
December 4, 2012                 James C. Cacheris
Alexandria, Virginia       UNITED STATES DISTRICT COURT JUDGE

1